

**JAMES E. JOHNSON**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ERIN RYAN**
*Assistant Corporation Counsel*
Phone: (212) 356-5056
Fax: (212) 356-3509

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 12/3/2019
>
> The Initial Pre-Trial Conference scheduled for December 6, 2019 is adjourned to January 3, 2020 at 10:30 a.m

      Re:    <u>Brian Kirkland v. City of New York, et al</u>, 19-CV-5634 (VSB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendant City of New York in the above-referenced matter. In that capacity, I write jointly with plaintiff's counsel to respectfully request an adjournment of the initial conference scheduled for December 6, 2019 to a date convenient for the Court in early January. This is the first request for an adjournment.

      By way of background, plaintiff alleges, *inter alia*, that on February 3, 2019, John Doe police officers falsely arrested him and used excessive force during that arrest. The parties attended mediation in this matter on November 25, 2019 and although the parties have not yet reached a settlement, we are continuing with the mediation process. The parties have a response to the mediator's proposal due December 6, which may resolve the case.

      Therefore, the parties respectfully request that the Court adjourn the initial conference also scheduled for December 6 to a date in early January, to allow the parties more time to attempt to settle this matter.

1

Thank you for your consideration in this matter.

Respectfully submitted,

*Erin T. Ryan*

Erin Teresa Ryan
Assistant Corporation Counsel
Special Federal Litigation

CC: Duncan Peterson, Esq. (By ECF)
     Malcolm Anderson, Esq.
     *Attorneys for Plaintiff*