USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BRIAN KIRKLAND, :
:
                Plaintiff, :
: 19-cv-5634 (VSB)
    -against- :
: **ORDER**
NEW YORK CITY, et al., :
:
               Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    It has been reported to the Court that the court-ordered mediation in this case was held and agreement was reached on all issues. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: December 10, 2019
       New York, New York

Vernon S. Broderick
United States District Judge